**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 - 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02517-CMA-MEH

GAIL A. SOLT,

    Plaintiff,

v.

PHYSICIAN HEALTH PARTNERS,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED: November __2__, 2009

BY THE COURT:

_Christine M. Arguello_

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02517-CMA-MEH

Gail A. Solt
2407 Zenith Ct
Ft. Collins, CO 80526

US Marshal Service
Service Clerk
Service forms for: Physician Health Partners

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Physician Health Partners: TITLE VII COMPLAINT FILED 10/26/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/3/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk